*In re* UGOROWSKI, No. 75980. Reconsideration denied November 25, 1985.

*Leave to Appeal From Attorney Discipline Board Denied September 18, 1985:*

GRIEVANCE ADMINISTRATOR v PAVKOVICH, No. 76991.

*Leave to Appeal From Attorney Discipline Board Denied September 23, 1985:*

GRIEVANCE ADMINISTRATOR v DEL RIO, No. 76231. Reconsideration denied March 26, 1986.

*Order Entered October 2, 1985:*

MATTI v DETROIT AUTOMOBILE INTER-INSURANCE EXCHANGE, No. 76931. The certification by the Court of Appeals pursuant to Administrative Order 1984-2 that its decision in this case is in conflict with its decision in *Caplan v Detroit Automobile Inter-Ins Exchange,* 102 Mich App 354; 301 NW2d 471 (1980), is considered. In light of the fact that no application for leave to appeal has been filed, the Court declines to take any further action. Court of Appeals No. 78713.

*Rehearings Denied October 18, 1985:*

GRIEVANCE ADMINISTRATOR v NICKELS, No. 73240. Reported *ante,* 254.

PEOPLE v DOUGLAS TAYLOR, No. 65622. Reported *ante,* 407.

MOBIL OIL CORPORATION v DEPARTMENT OF TREASURY, No. 70388. Reported *ante,* 473.